## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

ROBERT W. FATHERA,          )
                                     )
      Plaintiff,        )
                                     )
v.                                 )     Civil No.  3:23-cv-00176
                                     )     Judge Trauger
RUDD MEDICAL SERVICES,   )
                                     )
      Defendant.    )

## O R D E R

On October 12, 2023, the Magistrate Judge issued a Report and Recommendation

(Doc No. 12), to which no timely objections have been filed.  The Report and Recommendation is

therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the

reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT

PREJUDICE under Federal Rule of Civil Procedure 41(b), for the plaintiff's failure to prosecute his

claims.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge